# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**HAROLD HENDERSON,**
**ADC #85533**                                                                                           **PLAINTIFF**

**v.**                          **Case No. 2:15-cv-122-KGB-JTR**

**GAYLAND LAY, Warden,**
**East Arkansas Regional Unit, ADC,** *et al.*                           **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied, and the case is closed. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED this 6th day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE